UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARK LOFTUS : | CHAPTER 13 |
| Debtor : | |
| : | |
| JACK N. ZAHAROPOULOS : | |
| STANDING CHAPTER 13 TRUSTEE : | |
| Movant : | |
| : | |
| vs. : | |
| : | |
| MARK LOFTUS : | |
| Respondent : | CASE NO. 5-22-bk-00590 |

## WITHDRAWAL OF TRUSTEE'S RESCHEDULED MEETING OF CREDITORS

AND NOW, this 29th day of April, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Rescheduled Meeting of Creditors filed on or about April 29, 2022 be withdrawn because the meeting date is incorrect.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 29th day of April, 2022, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Joseph Blazosek, Esquire
341 Wyoming Avenue, Suite 9
West Pittston, PA 18643

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee