In re:                                                                                                                                                                          Case No. 22-00590-MJC

Mark Loftus                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                 User: AutoDocke                                       Page 1 of 2

Date Rcvd: Apr 29, 2022                        Form ID: ntnew341                                Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Loftus, 1353 Main Street, Pittston, PA 18640-1536 |
| 5467341 | + | FBCS, Inc., 330 S, Warminster RD, Suite 353, Hatboro, PA 19040-3433 |
| 5469772 | | GEISINGER, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5467342 | + | Geisinger, PO Box 983154, Boston, MA 02298-3154 |
| 5467343 | + | Geisinger Quality Options, Inc, PO Box 829703, Philadelphia, PA 19182-9703 |
| 5467344 | + | Jenkins Township Sewer Maintenance Fee, PO Box 51, Wilkes Barre, PA 18703-0051 |
| 5467345 | + | Joseph M. Blazosek, 341 Wyoming Ave., West Pittston, PA 18643-2850 |
| 5467346 | + | LVNV Funding LLC, c/o Patenaude & Felix, APC, 2400 Ansys Drive, Ste 402B, Canonsburg, PA 15317-0403 |
| 5467350 | + | PPL, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5467349 | | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 5467352 | | Select Portfolio Servicing, INC, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 5472303 | + | UNIFUND CCR PARTNERS, TSAROUHIS LAW GROUP, 21 S 9TH STREET, ALLENTOWN, PA 18102-4861 |
| 5467354 | + | Wyoming Valley Sanitary Authority, 179 S. Wyoming Avenue, Kingston, PA 18704-3405 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 29 2022 18:40:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5467340 | | Email/Text: documentfiling@lciinc.com | Apr 29 2022 18:33:00 | Comcast/Xfinity, 676 Island Pond Rd, Manchester, NH 03109-4840 |
| 5467341 | ^ | MEBN | Apr 29 2022 18:32:39 | FBCS, Inc., 330 S, Warminster RD, Suite 353, Hatboro, PA 19040-3433 |
| 5467339 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 29 2022 18:40:44 | Chase, PO Box 78420, Phoenix, AZ 85062-8420 |
| 5468212 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2022 18:40:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5470130 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2022 18:40:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5467348 | | Email/Text: bankruptcies@penncredit.com | Apr 29 2022 18:33:00 | PennCredit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-703 |
| 5467351 | | Email/Text: Supportservices@receivablesperformance.com | Apr 29 2022 18:33:00 | Receivables Performance Mangement,, PO Box 1548, Lynnwood, WA 98046-1548 |
| 5467353 | | Email/Text: bankruptcy@springoakscapital.com | Apr 29 2022 18:33:00 | Spring Oaks Capital, Attn.: Correspondence Dept, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5467352 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 29 2022 18:33:00 | Select Portfolio Servicing, INC, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 5467798 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 18:40:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5467347 | *+ | Mark Loftus, 1353 Main Street, Pittston, PA 18640-1536 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph M. Blazosek | on behalf of Debtor 1 Mark Loftus jblazatty@aol.com |
| Rebecca Ann Solarz | on behalf of Creditor CSMC 2021-JR1 Trust bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mark Loftus,
 aka Mark J Loftus, aka Mark Joseph Loftus,

**Debtor 1**

Chapter 13

Case No. 5:22−bk−00590−MJC

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: June 13, 2022<br>Time: 10:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DaneishaDunbarYancey, Deputy Clerk

Date: April 29, 2022

ntnew341 (04/18)