IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER 13

Mark Loftus, a/k/a Mark J. Loftus, a/k/a    :
Mark Joseph Loftus                          :
                                            :
Debtor                                    :    CASE NO.: 5:22-bk-00590-MJC

## **CERTIFICATION**

Pursuant to Order of Court entered May 4, 2022, granting Debtor's Motion

for Extension to File required Schedules, Statements and Other Documents to June

1, 2022, undersigned Counsel for Debtor hereby certifies that a copy of the Court's

Order granting extension (Doc. 19) was served by regular mail, postage prepaid,

upon all Creditors identified on Debtor's List of Creditors and upon all Creditors

who appear on the Claims Register.

**May 5, 2022**
DATE

JOSEPH M. BLAZOSEK, ESQUIRE
Attorney for Debtor, Mark Loftus
Attorney ID # 33830
341 Wyoming Avenue
West Pittston, Pennsylvania 18643
Phone: (570) 655-4410
Email: jblazatty@aol.com