IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Mark Loftus, a/k/a Mark J. Loftus, a/k/a Mark Joseph Loftus | : : : | |
| Debtor | : | CASE NO.: 5:22-bk-00590-MJC |

### CERTIFICATION OF DEBTOR'S WAIVER OF OBJECTION

Pursuant to Order of Court entered May 4, 2022, granting Debtor's Motion for Extension to File required Schedules, Statements and Other Documents to June 1, 2022, Debtor hereby certifies that he waives his right to object to a proof of claim on the ground that it was filed after the deadline set by Fed.R.Bankr.P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before July 25, 2022.**

**May 5th, 2022**
DATE

MARK LOFTUS, Debtor