United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                                                 Case No. 22-00590-MJC
Mark Loftus                                                                                                               Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                               User: AutoDocke                                       Page 1 of 2
Date Rcvd: Jun 21, 2022                        Form ID: pdf010                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

**Recip ID**                **Recipient Name and Address**
                           +   Kathleen Loftus, 1353 Main St, Pittston, PA 18640-1536

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2022                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor Chase Mortgage Holdings Inc S/B/M to JPMC Specialty Mortgage LLC amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph M. Blazosek | on behalf of Debtor 1 Mark Loftus jblazatty@aol.com |
| Rebecca Ann Solarz | on behalf of Creditor CSMC 2021-JR1 Trust bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mark Loftus AKA Mark J Loftus, AKA
Mark Joseph Loftus

Case No.: 22-bk-00590-MJC
Chapter 13
Judge Mark J. Conway
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Debtor(s)

Chase Mortgage Holdings, Inc S/B/M to
JPMC Specialty Mortgage LLC

Movant,

vs

Mark Loftus AKA Mark J Loftus, AKA
Mark Joseph Loftus
Kathleen Loftus

Jack N Zaharopoulos

Respondents.

## ORDER

Upon consideration of the Motion for Approval of Deferral Agreement filed by Chase Mortgage Holdings, Inc. S/B/M to JPMC Specialty Mortgage LLC ("Creditor"), Dkt. # 22 ("Motion"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is **GRANTED** and the Deferral Agreement is approved.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 17, 2022