In re:  Case No. 22-00590-MJC
Mark Loftus  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 06, 2022      Form ID: ntcnfhrg      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol  Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Loftus, 1353 Main Street, Pittston, PA 18640-1536 |
| 5479521 | + | Chase Mortgage Holdings, Inc, S/B/M to JPMC Specialty Mortgage LLC, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane Monroe, LA 71203-4774 |
| 5469772 | | GEISINGER, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5467342 | + | Geisinger, PO Box 983154, Boston, MA 02298-3154 |
| 5467343 | + | Geisinger Quality Options, Inc, PO Box 829703, Philadelphia, PA 19182-9703 |
| 5467344 | + | Jenkins Township Sewer Maintenance Fee, PO Box 51, Wilkes Barre, PA 18703-0051 |
| 5467345 | + | Joseph M. Blazosek, 341 Wyoming Ave., West Pittston, PA 18643-2850 |
| 5467346 | + | LVNV Funding LLC, c/o Patenaude & Felix, APC, 2400 Ansys Drive, Ste 402B, Canonsburg, PA 15317-0403 |
| 5467350 | + | PPL, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5479374 | + | PPL Electric Utilities, 2 N 9th St, PPL Electric Utilities, 2 N 9th St, Allentown, PA 18101-1179 |
| 5467349 | | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 5472303 | + | UNIFUND CCR PARTNERS, TSAROUHIS LAW GROUP, 21 S 9TH STREET, ALLENTOWN, PA 18102-4861 |
| 5467354 | + | Wyoming Valley Sanitary Authority, 179 S. Wyoming Avenue, Kingston, PA 18704-3405 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 06 2022 19:09:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5479442 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 06 2022 19:07:00 | CSMC 2021-JR1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5467340 | | Email/Text: documentfiling@lciinc.com | Sep 06 2022 19:07:00 | Comcast/Xfinity, 676 Island Pond Rd, Manchester, NH 03109-4840 |
| 5467341 | | Email/Text: bknotices@fbcs-inc.com | Sep 06 2022 19:07:00 | FBCS, Inc., 330 S, Warminster RD, Suite 353, Hatboro, PA 19040 |
| 5467339 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 06 2022 19:10:01 | Chase, PO Box 78420, Phoenix, AZ 85062-8420 |
| 5468212 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2022 19:10:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5470130 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 06 2022 19:10:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5467348 | | Email/Text: bankruptcies@penncredit.com | Sep 06 2022 19:07:00 | PennCredit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-703 |
| 5474681 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 06 2022 19:10:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5467351 | | Email/Text: Supportservices@receivablesperformance.com | Sep 06 2022 19:07:00 | Receivables Performance Mangement,, PO Box 1548, Lynnwood, WA 98046-1548 |
| 5467353 | | Email/Text: bankruptcy@springoakscapital.com | Sep 06 2022 19:07:00 | Spring Oaks Capital, Attn.: Correspondence Dept, PO Box 1216, Chesapeake, VA 23327-1216 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5467352 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Sep 06 2022 19:07:00 | | Select Portfolio Servicing, INC, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 5479576 | | Email/Text: bankruptcy@springoakscapital.com Sep 06 2022 19:07:00 | | Spring Oaks Capital SPV LLC, P O Box 1216, Chesapeake, VA 23327-1216 |
| 5467798 | + | Email/PDF: gecsedi@recoverycorp.com Sep 06 2022 19:10:01 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5477200 | | Email/PDF: ebn_ais@aisinfo.com Sep 06 2022 19:10:06 | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5467347 | *+ | Mark Loftus, 1353 Main Street, Pittston, PA 18640-1536 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 08, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alyk L Oflazian | on behalf of Creditor Chase Mortgage Holdings Inc S/B/M to JPMC Specialty Mortgage LLC amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph M. Blazosek | on behalf of Debtor 1 Mark Loftus jblazatty@aol.com |
| Rebecca Ann Solarz | on behalf of Creditor CSMC 2021-JR1 Trust bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Mark Loftus,<br>aka Mark J Loftus, aka Mark Joseph Loftus,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:22−bk−00590−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 27, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: October 4, 2022<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 6, 2022 |

ntcnfhrg (08/21)