IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-00590 |
| Mark Loftus | : Chapter 13 |
| | : Judge Mark J. Conway |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| JPMorgan Chase Bank, N.A. as servicer for Chase Mortgage Holdings, Inc. s/b/m to JPMC Specialty Mortgage LLC | : Date and Time of Hearing |
| | : March 21, 2023 at 10:00 a.m. |
| Movant, | : |
| vs | : |
| Mark Loftus | : |
| Kathleen A Loftus | |
| Jack N Zaharopoulos | |
| Respondents. | |

## AMENDED NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

JPMorgan Chase Bank, N.A. as servicer for Chase Mortgage Holdings, Inc. s/b/m to JPMC Specialty Mortgage LLC has filed a Motion for Relief from Automatic Stay and Codebtor Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before March 13, 2023, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   Max Rosenn U.S. Courthouse
   197 South Main Street
   Wilkes-Barre, PA, 18701

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

22-008083_EJS1

B.  Mail a copy to the Creditor's attorney and the below listed:

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

Jack N Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA  17036
info@pamd13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Mark J. Conway on March 21, 2023 at 10:00 a.m. in Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA, 18701.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: ___02/27/2023_____

22-008083_EJS1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-00590** |
| **Mark Loftus** | : | **Chapter 13** |
| | : | **Judge Mark J. Conway** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **JPMorgan Chase Bank, N.A. as servicer for Chase Mortgage Holdings, Inc. s/b/m to JPMC Specialty Mortgage LLC** | : | **Date and Time of Hearing** |
| | : | **March 21, 2023 at 10:00 a.m.** |
| | : | |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Mark Loftus** | : | |
| **Kathleen A Loftus** | | |
| | | |
| **Jack N Zaharopoulos** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Amended Notice of Motion for Relief from Automatic Stay and Codebtor Stay was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Standing Chapter 13 (Trustee), info@pamd13trustee.com

Joseph M. Blazosek, Attorney for Mark Loftus, jblazatty@aol.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Mark Loftus, 1353 Main Street, Pittston, PA 18640

Kathleen A Loftus, 1353 Main St, Pittston, PA 18640

22-008083_EJS1

CSMC 2021 JRI Trust, PO Box 65450, Salt Lake City, UT 84165-0450

/s/ Adam B. Hall

22-008083_EJS1