IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 22-00590 |
| Mark Loftus | : | Chapter 13 |
| | : | Judge Mark J. Conway |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| JPMorgan Chase Bank, N.A. as servicer | : | Date and Time of Hearing |
| for Chase Mortgage Holdings, Inc s/b/m | : | Place of Hearing |
| to JPMC Specialty Mortgage LLC | : | March 21, 2023 at 10:00 a.m. |
| Movant, | : | |
| vs | : | |
| | : | |
| Mark Loftus | : | |
| Kathleen A Loftus | : | |
| | | |
| Jack N Zaharopoulos | | |
| Respondents. | | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF JPMORGAN CHASE BANK, N.A. AS SERVICER FOR CHASE MORTGAGE HOLDINGS, INC. S/B/M TO JPMC SPECIALTY MORTGAGE LLC FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR RELIEF AS TO KATHLEEN A LOFTUS ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 1353 MAIN ST, PITTSTON, PA 18640 (DOCUMENT NO. 50)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay and Codebtor Stay on First Mortgage for Real Property Located at 1353 Main St, Pittston, PA 18640 ("Motion") filed on February 23, 2023 at Document No. 50 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 13, 2023.

22-008083_EJS1

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

/s/ Adam B. Hall

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

22-008083_EJS1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 22-00590** |
| **Mark Loftus** : | **Chapter 13** |
| : | **Judge Mark J. Conway** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **JPMorgan Chase Bank, N.A. as servicer** : | **Date and Time of Hearing** |
| **for Chase Mortgage Holdings, Inc s/b/m** : | **Place of Hearing** |
| **to JPMC Specialty Mortgage LLC** : | **March 21, 2023 at 10:00 a.m.** |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Mark Loftus** : | |
| **Kathleen A Loftus** : | |
| | |
| **Jack N Zaharopoulos** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Certificate of No Objection Regarding Motion of JPMorgan Chase Bank, N.A. as servicer for Chase Mortgage Holdings, Inc. s/b/m to JPMC Specialty Mortgage LLC for Relief from the Automatic Stay and Codebtor Stay as to Kathleen A Loftus on First Mortgage for Real Property located at 1353 Main St, Pittston, PA 18640 (Document No. 50) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Jack N Zaharopoulos, Standing Chapter 13 (Trustee), info@pamd13trustee.com

   Joseph M. Blazosek, Attorney for Mark Loftus, jblazatty@aol.com

   I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

22-008083_EJS1

Mark Loftus, 1353 Main Street, Pittston, PA 18640

Kathleen A Loftus, 1353 Main St, Pittston, PA 18640

CSMC 2021 JRI Trust, PO Box 65450, Salt Lake City, UT 84165-0450

                                                  /s/ Adam B. Hall