United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 22-00590-MJC
Mark Loftus     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Mar 21, 2023     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

**Recip ID**     **Recipient Name and Address**
+    Kathleen A Loftus, 1353 Main St, Pittston, PA 18640-1536

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

**Name**     **Email Address**

Adam Bradley Hall
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION amps@manleydeas.com

Alyk L Oflazian
    on behalf of Creditor Chase Mortgage Holdings Inc S/B/M to JPMC Specialty Mortgage LLC amps@manleydeas.com

Alyk L Oflazian
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION amps@manleydeas.com

Brian C Nicholas
    on behalf of Creditor CSMC 2021-JR1 Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Joseph M. Blazosek
    on behalf of Debtor 1 Mark Loftus jblazatty@aol.com

United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-00590-MJC |
| Mark Loftus | : Chapter 13 |
| | : Judge Mark J. Conway |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| JPMorgan Chase Bank, N.A. as servicer for Chase Mortgage Holdings, Inc s/b/m to JPMC Specialty Mortgage LLC | : Date and Time of Hearing |
| | : Place of Hearing |
| | : March 21, 2023 at 10:00 a.m. |
| | : |
| Movant, | : |
| vs | : |
| | : |
| Mark Loftus | : |
| Kathleen A Loftus | |
| | |
| Jack N Zaharopoulos | |
| Respondents. | |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR RELIEF AS TO KATHLEEN A LOFTUS ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 1353 MAIN ST, PITTSTON, PA 18640

Upon consideration of the Motion for Relief from Stay and the Codebtor Stay, Dkt. # 50 ("Motion") filed by JPMorgan Chase Bank, N.A. as servicer for Chase Mortgage Holdings, Inc. s/b/m to JPMC Specialty Mortgage LLC ("Creditor") regarding the real property located at 1353 Main St, Pittston, PA 18640, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Motion is granted and the automatic stay imposed by § 362 and the codebtor stay imposed by § 1301 of the Bankruptcy Code are terminated as it affects the interest of Creditor in and to the property located at 1353 Main St, Pittston, PA 18640.

**IT IS FURTHER ORDERED** that Creditor may take any and all actions necessary to

enforce its rights in the Property under state law. Additionally, the Court orders that Fed. R. Bankr. P. 4001(a)(3) is waived, and this order is effective immediately.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 20, 2023