IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Mark Loftus, a/k/a Mark J. Loftus, a/k/a | : | |
| Mark Joseph Loftus | : | |
| | : | |
| Debtor | : | CASE NO.: 5:22-bk-00590-MJC |

## ORDER CONFIRMING AMENDED CHAPTER 13 PLAN

The Amended Chapter 13 Plan was filed on April 14, 2023. The Amended Plan, or summary of the Amended Plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the Amended Plan meets the requirements of 11 U.S.C. §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed and it is further ordered that Plan Confirmation does not reinstate the stay as to secured creditor JPMorgan Chase Bank, National Association, and it is further ordered the secured claim of JPMorgan Chase Bank, National Association shall be paid in full by Debtor upon sale of real estate at: 1353 Main Street, Pittston, PA 18640.

Dated: _____

By the Court

Honorable Mark J. Conway
United States Bankruptcy Judge