UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA

Chapter: 13
Case No: 2200590

In re: MARK LOFTUS

Account Number: 3020

# WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 6 filed on 05/12/2022 in the amount of $454.49 .

On this date 8/2/2023.

By: /s/ George S. Grammer
George S. Grammer
Bankruptcy Representative
PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@prareceivables.com