UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK LOFTUS
AKA: MARK JOSEPH LOFTUS,
MARK J LOFTUS

       Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
       Movant

vs.

MARK LOFTUS
AKA: MARK JOSEPH LOFTUS,
MARK J LOFTUS

CASE NO: 5-22-00590-MJC

       Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS CASE

     AND NOW, on August 9, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and requests that the Motion to Dismiss filed on August 8, 2024 be withdrawn due to having been filed in error.

Dated: August 9, 2024

       Respectfully submitted,

       /s/ Agatha R. McHale, Esquire
       ID: 47613
       Attorney for Trustee
       Jack N. Zaharopoulos
       Standing Chapter 13 Trustee
       Suite A, 8125 Adams Drive
       Hummelstown, PA 17036
       Phone: (717) 566-6097
       email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK LOFTUS
AKA: MARK JOSEPH LOFTUS, MARK J LOFTUS

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

MARK LOFTUS
AKA: MARK JOSEPH LOFTUS,
MARK J LOFTUS

Respondent(s)

CHAPTER 13

CASE NO: 5-22-00590-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 9, 2024, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
JOSEPH M. BLAZOSEK, ESQUIRE
341 WYOMING AVENUE
SUITE 9
WEST PITTSTON PA 18643-

OFFICE OF THE UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>
MARK LOFTUS
1353 MAIN STREET
PITTSTON PA 18640

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 9, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com