| In re: | Case No. 22-00590-MJC |
|---|---|
| Mark Loftus | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: pdf010 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Loftus, 1353 Main Street, Pittston, PA 18640-1536 |
| 5479521 | + | Chase Mortgage Holdings, Inc, S/B/M to JPMC Specialty Mortgage LLC, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane Monroe, LA 71203-4774 |
| 5467342 | + | Geisinger, PO Box 983154, Boston, MA 02298-3154 |
| 5467343 | + | Geisinger Quality Options, Inc, PO Box 829703, Philadelphia, PA 19182-9703 |
| 5496286 | | Jenkins Township Sanitary Authority, 46 1 /2 Main Street, Jenkins Twp, PA 18640 |
| 5467344 | + | Jenkins Township Sewer Maintenance Fee, PO Box 51, Wilkes Barre, PA 18703-0051 |
| 5467345 | + | Joseph M. Blazosek, 341 Wyoming Ave., West Pittston, PA 18643-2850 |
| 5472303 | + | UNIFUND CCR PARTNERS, TSAROUHIS LAW GROUP, 21 S 9TH STREET, ALLENTOWN, PA 18102-4861 |
| 5467354 | + | Wyoming Valley Sanitary Authority, 179 S. Wyoming Avenue, Kingston, PA 18704-3405 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2024 18:38:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5479442 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 09 2024 18:38:00 | CSMC 2021-JR1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5467340 | | Email/Text: documentfiling@lciinc.com | Aug 09 2024 18:38:00 | Comcast/Xfinity, 676 Island Pond Rd, Manchester, NH 03109-4840 |
| 5467341 | | Email/Text: bknotices@fbcs-inc.com | Aug 09 2024 18:38:00 | FBCS, Inc., 330 S, Warminster RD, Suite 353, Hatboro, PA 19040 |
| 5469772 | | Email/Text: BNCnotices@dcmservices.com | Aug 09 2024 18:38:00 | GEISINGER, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5467339 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2024 18:38:40 | Chase, PO Box 78420, Phoenix, AZ 85062-8420 |
| 5467346 | ^ | MEBN | Aug 09 2024 18:35:49 | LVNV Funding LLC, c/o Patenaude & Felix, APC, 2400 Ansys Drive, Ste 402B, Canonsburg, PA 15317-0403 |
| 5468212 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2024 18:38:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5470130 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 09 2024 18:38:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5467348 | | Email/Text: bankruptcies@penncredit.com | Aug 09 2024 18:38:00 | PennCredit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-703 |
| 5474681 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2024 18:38:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5467350 | ^ | MEBN | Aug 09 2024 18:35:46 | PPL, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |

| Recip ID | Bypass/Method | | Date/Time | Name and Address |
|---|---|---|---|---|
| 5479374 | ^ MEBN | | Aug 09 2024 18:35:45 | PPL Electric Utilities, 2 N 9th St, PPL Electric Utilities, 2 N 9th St, Allentown, PA 18101-1139 |
| 5467349 | Email/Text: csc.bankruptcy@amwater.com | | Aug 09 2024 18:38:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 5467351 | Email/Text: Supportservices@receivablesperformance.com | | Aug 09 2024 18:38:00 | Receivables Performance Mangement,, PO Box 1548, Lynnwood, WA 98046-1548 |
| 5467353 | Email/Text: bankruptcy@springoakscapital.com | | Aug 09 2024 18:38:00 | Spring Oaks Capital, Attn.: Correspondence Dept, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5467352 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | Aug 09 2024 18:38:00 | Select Portfolio Servicing, INC, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 5479576 | Email/Text: bankruptcy@springoakscapital.com | | Aug 09 2024 18:38:00 | Spring Oaks Capital SPV LLC, P O Box 1216, Chesapeake, VA 23327-1216 |
| 5467798 | ^ MEBN | | Aug 09 2024 18:35:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5477200 | Email/PDF: ebn_ais@aisinfo.com | | Aug 09 2024 18:38:39 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5467347 | *+ | Mark Loftus, 1353 Main Street, Pittston, PA 18640-1536 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor Chase Mortgage Holdings  Inc S/B/M to JPMC Specialty Mortgage LLC amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2021-JR1 Trust bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Joseph M. Blazosek | on behalf of Debtor 1 Mark Loftus jblazatty@aol.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Mark Loftus, a/k/a Mark J. Loftus :
a/k/a Mark Joseph Loftus : Case No.: 5:22-bk-00590-MJC
:
Debtor :
:

## ORDER

**UPON CONSIDERATION** of Debtor's Motion To Dismiss Chapter 13 Case as of Right, Dkt. # 75 ("Motion"), it is hereby

**ORDERED**, that the Motion is **GRANTED**. The above-captioned case is hereby **DISMISSED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 9, 2024